FILED: August 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2012
(1:25-cv-02114-BAH)

_____

CITY OF COLUMBUS; MAYOR & CITY COUNCIL OF BALTIMORE; CITY OF CHICAGO; DOCTORS FOR AMERICA; MAIN STREET ALLIANCE

    Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES

    Defendants - Appellants

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:25-cv-02114-BAH |
| Date notice of appeal filed in originating court: | 08/28/2025 |
| Appellants | Robert F. Kennedy, Jr., United States Department of Health and Human Services, Mehmet Oz, & Centers for Medicare & Medicaid Services |
| Appellate Case Number | 25-2012 |
| Case Manager | Paige L. Ballard<br>804-916-2702 |