# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 31, 2025

_____

RESPONSE REQUESTED

_____

No.  25-2012,    <u>City of Columbus v. Robert Kennedy, Jr.</u>
              1:25-cv-02114-BAH

TO:    Mayor & City Council of Baltimore
       City of Chicago
       City of Columbus
       Doctors for America
       Main Street Alliance

RESPONSE DUE: 09/08/2025

Response is required to the motion for stay pending appeal on or before 09/08/2025.

Paige L. Ballard, Deputy Clerk
804-916-2702