FILED: September 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2012
(1:25-cv-02114-BAH)

_____

CITY OF COLUMBUS; MAYOR & CITY COUNCIL OF BALTIMORE; CITY OF CHICAGO; DOCTORS FOR AMERICA; MAIN STREET ALLIANCE

        Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES

        Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the submissions relative to appellants' motion for stay pending appeal, the court denies the motion.

Entered at the direction of Judge Benjamin with the concurrence of Chief Judge Diaz and Judge Wilkinson.

                                    For the Court

                                    /s/ Nwamaka Anowi, Clerk