FILED: October 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2012
(1:25-cv-02114-BAH)

_____

CITY OF COLUMBUS; MAYOR & CITY COUNCIL OF BALTIMORE; CITY OF CHICAGO; DOCTORS FOR AMERICA; MAIN STREET ALLIANCE

  Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES

  Defendants - Appellants

_____

O R D E R
_____

Upon consideration of appellants' unopposed motion for a stay of briefing schedule in light of lapse of appropriations, the court grants the motion and suspends briefing pending further order of the court.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk