# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

CITY OF COLUMBUS, *et al.*,
    *Plaintiffs-Appellees*,

v.

ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of the United States Department of Health and Human Services, et al.*,
    *Defendants-Appellants*.

No. 25-2012

## UNOPPOSED MOTION FOR
## 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to Fed. R. App. P. 26(b) and 27, defendants-appellants respectfully move for a 30-day extension of time, to and including Wednesday, February 4, 2026, within which to file their opening brief. Plaintiffs-appellees consent to the extension sought in this motion.

1. Pursuant to the briefing order dated November 24, 2025, the government's opening brief is due on January 5, 2026. At the government's request, briefing in this case was stayed during the recent lapse in appropriations; the government has not otherwise previously sought any extensions. No oral argument date has been set.

2. Maxwell A. Baldi, the attorney primarily responsible for drafting the government's opening brief, requires additional time to prepare the brief because in recent weeks Mr. Baldi has been responsible for handling: the government's emergency stay motion in *California v. HHS*, No. 25-2165 (1st Cir.) (stay motion filed Dec. 8, 2025; supplemental/reply brief to be filed Dec. 16, 2025), the government's merits briefing in *Gun Owners of America v. ATF*, No. 25-5309 (D.C. Cir.) (filed Dec. 4, 2025), and the government's opposition to rehearing *en banc* in *Newman v. Moore*, No. 24-5173 (D.C. Cir.) (filed Dec. 1, 2025). Mr. Baldi is also responsible for assisting with the government response to a petition for writ of certiorari in *AstraZeneca Pharmaceuticals LP v. Kennedy*, No. 25-348 (U.S.) (due Dec. 24, 2025).

3. Charles W. Scarborough is the attorney primarily responsible for supervising the government's brief in this case. Mr. Scarborough requires additional time to review the brief because he has also been responsible for reviewing the government's briefs in the following cases: *Vertex Pharms Inc. v. HHS*, No. 25-5113 (D.C. Cir.) (response brief filed Dec 5, 2025); *Blodgett v. Department of State*, No. 25-1909 (4th Cir.) (response brief filed Dec. 12, 2025); *Orr v. Trump*, No. 25-1579 (1st Cir.) (response brief due Dec. 22, 2025); *Carroll v. Department of Education*, No. 25-10651 (5th Cir.) (response

brief due Jan. 19, 2025). Additionally, Mr. Scarborough is scheduled to travel internationally from December 25, 2025, to December 31, 2025.

4. The government therefore respectfully requests a 30-day extension of time, to and including Wednesday, February 4, 2026, within which to file their opening brief. A 30-day extension will not appreciably delay resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

5. Government counsel contacted counsel for plaintiffs-appellees, Joel McElvain, who stated that he consents to the extension sought in this motion.

## CONCLUSION

For the foregoing reasons, the government's motion for a 30-day extension of time to file its opening brief should be granted.

Respectfully submitted,

CHARLES W. SCARBOROUGH

/s/ *Maxwell A. Baldi*

MAXWELL A. BALDI
  Attorneys, Appellate Staff
  Civil Division, Room 7513
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530
  (202) 532-0211
  maxwell.baldi@usdoj.gov

December 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 428 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in Georgia Pro 14-point font, a proportionally spaced typeface.

/s/ *Maxwell A. Baldi*
MAXWELL A. BALDI