FILED: December 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2012
(1:25-cv-02114-BAH)

_____

CITY OF COLUMBUS; MAYOR & CITY COUNCIL OF BALTIMORE; CITY OF CHICAGO; DOCTORS FOR AMERICA; MAIN STREET ALLIANCE

        Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES

        Defendants - Appellants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 02/04/2026

Opening brief due: 02/04/2026

Response brief due: 03/04/2026

Any reply brief: 21 days from service of response brief.

                                          For the Court--By Direction

                                          /s/ Nwamaka Anowi, Clerk