# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 5, 2026

_____

## DOCKET CORRECTION NOTICE

_____

No. 25-2012,     <u>City of Columbus v. Robert Kennedy, Jr.</u>
1:25-cv-02114-BAH

TO:
Robert F. Kennedy
Centers for Medicare & Medicaid Services
Mehmet C. Oz

BRIEF OR JOINT APPENDIX CORRECTION DUE: February 10, 2026

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[✓] APPENDIX FORMAT INSUFFICIENT BECAUSE (FRAP 32):

- The cover does not contain names, addresses, phone numbers of counsel on <u>both sides of case</u>

P. Ballard, Deputy Clerk
804-916-2702