**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

CITY OF COLUMBUS, *et al.*,
             *Plaintiffs-Appellees,*

     v.

ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of the United States Department of Health and Human Services, et al.*,
             *Defendants-Appellants.*

No. 25-2012

**STIPULATED DISMISSAL OF APPEAL**

The district court has entered final judgment in the underlying case. Accordingly, pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties stipulate to dismiss this interlocutory appeal. Each party will bear its own costs.

Respectfully submitted,

/s/ Joel McElvain                    CHARLES W. SCARBOROUGH

JOEL McELVAIN
CORTNEY ROBINSON            /s/ Maxwell A. Baldi
   HENDERSON                     MAXWELL A. BALDI
CHRISTINE L. COOGLE               Attorneys, Appellate Staff
   *Democracy Forward Foundation*      Civil Division, Room 7513
   *P.O. Box 34553*                 U.S. Department of Justice
   *Washington, D.C. 20043*         950 Pennsylvania Ave., N.W.
   *(202) 448-9090*                 Washington, D.C.  20530
                                    (202) 532-0211
*Counsel for Plaintiffs-Appellees*     maxwell.baldi@usdoj.gov

                                    *Counsel for Defendants-*
                                    *Appellants*

JUNE 2026

-2-