FILED:  June 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2012
(1:25-cv-02114-BAH)

_____

CITY OF COLUMBUS; MAYOR & CITY COUNCIL OF BALTIMORE; CITY
OF CHICAGO; DOCTORS FOR AMERICA; MAIN STREET ALLIANCE

      Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United
States; UNITED STATES DEPARTMENT OF HEALTH & HUMAN
SERVICES; MEHMET OZ, in his official capacity as Administrator of the
Centers for Medicare and Medicaid Services; CENTERS FOR MEDICARE &
MEDICAID SERVICES

      Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to

Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk